And the said respondent Ernest P. Lyons is hereby commanded to desist and refrain from the practice of law in any form, either as principal or as agent, clerk or employee of another, and is hereby forbidden to perform any of the following acts for compensation or reward, to wit: (1) To appear as an attorney or counselor at law before any court, justice, judge, board, commission or other public authority; (2) to give to another an opinion as to the law or its application or any advice in relation thereto. Permission, however, is hereby given to the said respondent, Ernest P. Lyons, to apply to this court for reinstatement as an attorney and counselor at law any time after the expiration of six months from the date of the entry and service of said order as aforesaid. The court approves of the findings and conclusions of the referee herein, and finds that the respondent, Ernest P. Lyons, is guilty of professional misconduct and conduct prejudicial to the administration of justice. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

MAURICE HAWLEY, Respondent, v. JOHN B. SULLIVAN, Appellant.— Motion for leave to appeal granted. The court hereby certifies that in its opinion a question of law is involved which ought to be reviewed by the Court of Appeals. [See 238 App. Div. 187.] Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Application of ANDES CO-OPERATIVE DAIRY COMPANY for an Order of Certiorari against CHARLES H. BALDWIN, Commissioner of Agriculture and Markets for the State of New York. In the Matter of the Application of ADDISON B. LIDDLE, in Behalf of Himself and All Others Similarly Situated and as Stockholder and Director of the ANDES CO-OPERATIVE DAIRY COMPANY, for an Order of Certiorari against CHARLES H. BALDWIN, Commissioner of Agriculture and Markets for the State of New York.— Motion to allow appeal to the Court of Appeals granted. The court hereby certifies that a question of law has arisen which in its opinion ought to be reviewed by the Court of Appeals, and hereby certifies the following question: Did the Commissioner err in directing distribution as set forth in his determination? [See 238 App. Div. 726.] Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of EDWARD J. LEWIS and Another for a Certiorari Order against PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK and MILO R. MALTBIE and Others, as Public Service Commissioners, Being Members of Said Commission, Defendants. NEW YORK TELEPHONE COMPANY, Intervener, Defendant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

HELEN SIMON, as Administratrix de Bonis Non, etc., of MARY SIMON, Deceased, Respondent, v. FRANK HARCZYSHEN, Appellant.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of BENJAMIN ZION, Respondent, against ABRAHAM ZION and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Award unanimously affirmed, with costs to the State Industrial Board. Present — Hill, P. J., Rhodes, McNamee, Crapser and Heffernan, JJ.

In the Matter of the Claim of ESTELLE RUBIN and Another, Respondents,